**Opinion issued February 22, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00044-CR

_____

## IN RE LAWRENCE LEE WALKER, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Lawrence Lee Walker, incarcerated and proceeding pro se, filed a

petition for writ of mandamus, requesting this Court to "order the . . . [trial court] . .

. to rule on [his] . . . Nunc Pro Tunc Motion."[1]

---

[1] The underlying case is *Lawrence Lee Walker v. The State of Texas*, Cause No. 19CR0891, in the 212th District Court of Galveston County, Texas, the Honorable Patricia Grady presiding.

We deny the petition.  Tex. R. App. P. 52.8(a).  Any pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

Do not publish.  TEX. R. APP. P. 47.2(b).